UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DR. BELLE ROSE RAGINS,

    Plaintiff,

v.                                       Case No.: 25-cv-338

MAYOR RYAN SORENSON

and

THE CITY OF SHEBOYGAN, WI,

    Defendants.

## NOTICE OF RELATED ACTION PURSUANT TO L.R. 3

      This action is focused on alleged ADA violations (federal law) and constitutional claims (First and 14th Amendments) under 42 U.S.S § 1983 related to a failure to accommodate Plaintiff's disability and denial of her right to speak in a Plan Commission meeting. *Roger Miller, et.al. v. City of Sheboygan*. Case No. 2025CV000072, Circuit Court, Sheboygan County, is a related case arising around the same Plan Commission meeting. Plaintiff is one of several plaintiffs in the Sheboygan County case. The state court case is focused on municipal procedure and land use issues that would not be affected by the resolution of the federal claims in this action. Plaintiff believes judicial efficiency would not be affected if the cases proceeded separately.

Dated: March 10, 2025

                DAVEY & GOLDMAN
                Attorneys for Plaintiffs

                ***Electronically Signed by Lisa C. Goldman***
                Lisa C. Goldman
                State Bar No. 1029893
                5609 Medical Circle, Suite 101
                Madison, Wisconsin 53719
                Phone: 608-630-9700
                Fax: 608-205-5645
                lgoldman@daveygoldman.com