UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DR. BELLE ROSE RAGINS,

      Plaintiff,

  v.                                                       Case No. 25-cv-338

MAYOR RYAN SORENSON and
CITY OF SHEBOYGAN, WI,

      Defendants.

---

## NOTICE OF APPEARANCE

---

      **PLEASE TAKE NOTICE** that Attorney Laurie J. McLeRoy of von Briesen & Roper, s.c. appears on behalf of Defendants Mayor Ryan Sorenson and City of Sheboygan, WI, in the above-entitled action, and hereby demands that copies of all pleadings and other documents to be filed with the Court be served upon counsel via the Electronic Case Filing System ("ECF").

      Dated this 23rd day of May, 2025.

                                                     von BRIESEN & ROPER, s.c.
                                                   *Attorneys for Defendants Mayor Ryan Sorenson and City of Sheboygan, WI*

                                                     /s/ *Laurie J. McLeRoy*
                                                   Laurie J. McLeRoy
                                                   Wisconsin Bar No. 1018964
                                                   von Briesen & Roper, s.c.
                                                   411 E. Wisconsin Avenue, Suite 1000
                                                   Milwaukee, WI 53202
                                                   Phone: (414) 287-1480
                                                   laurie.mcleroy@vonbriesen.com