UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**BELLE ROSE RAGINS,**
        **Plaintiff,**

    v.                                            Case No. 25-CV-338

**MAYOR RYAN SORENSON, et al.**
        **Defendants.**
_____

## ORDER

With the full agreement of the parties and pursuant to 28 U.S.C. § 636(b)(3), I will refer this matter to Magistrate Judge Nancy Joseph for mediation. **THEREFORE, IT IS ORDERED** that Magistrate Judge Joseph is assigned to conduct mediation proceedings in this case, the particular procedures for which shall be within her discretion. The case shall be returned to me following the mediation effort for further action consistent with the result.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2025.

                                          /s/ Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge