UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BELLE ROSE RAGINS,

                PLAINTIFF,

  V.                                                                Case No. 25-CV-338

MAYOR RYAN SORENSON AND
CITY OF SHEBOYGAN,

                DEFENDANTS.

---

## MEDIATION MINUTES AND ORDER RETURNING CASE

---

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** September 19, 2025

**Time Commenced:** 9:30 a.m.    **Time Concluded:** 9:24 p.m.

| **Appearances:** | **Plaintiff:** | Belle Rose Ragins, Plaintiff (via Zoom)<br>Attorney Lisa C. Goldman, Counsel for Plaintiff (via Zoom) |
|---|---|---|
| | **Defendants:** | Mayor Ryan Sorenson, Defendant (via Zoom)<br>Casey Bradley, City Administrator (via Zoom)<br>Attorney Liz Majerus, Sheboygan City Attorney (via Zoom)<br>Attorney Laurie McLeRoy, Counsel for Defendants (via Zoom)<br>Attorney Jill Pedigo Hall, Counsel for Defendants (via Zoom) |

**Comments:** Mediation continued to October 15, 2025, at 9:00 a.m. via Zoom. Zoom information will be emailed to parties.