# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

BELLE ROSE RAGINS,

                **PLAINTIFF,**

    **V.**                                **Case No. 25-CV-338**

MAYOR RYAN SORENSON AND
CITY OF SHEBOYGAN,

                **DEFENDANTS.**

---

## MEDIATION MINUTES AND ORDER RETURNING CASE

---

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** October 15, 2025

**Time Commenced:** 8:30 a.m.    **Time Concluded:** 9:30 a.m.

| **Appearances:** | **Plaintiff:** | Belle Rose Ragins, Plaintiff (via Zoom) Attorney Lisa C. Goldman, Counsel for Plaintiff (via Zoom) |
|---|---|---|
| | **Defendants:** | Mayor Ryan Sorenson, Defendant (via Zoom) Casey Bradley, City Administrator (via Zoom) Attorney Liz Majerus, Sheboygan City Attorney (via Zoom) Attorney Laurie McLeRoy, Counsel for Defendants (via Zoom) Attorney Jill Pedigo Hall, Counsel for Defendants (via Zoom) |

**Comments:** Continued mediation held on October 15, 2025. Mediation did not result in resolution of the Plaintiff's claims. The case is returned to the Honorable Judge Lynn Adelman for further processing. The case is no longer referred.