**Lisa Goldman**

| | |
|---|---|
| **From:** | Laurie McLeRoy <laurie.mcleroy@vonbriesen.com> |
| **Sent:** | Monday, October 13, 2025 5:04 PM |
| **To:** | Lisa Goldman; Susan M. Abing |
| **Cc:** | Jill Pedigo Hall |
| **Subject:** | RE: Dr. Ragins v. Mayor Sorenson, et al., 25-cv-338 |

I anticipate taking these depositions in person. Thanks for asking.

**Laurie McLeRoy** | von Briesen & Roper, s.c.
Direct: 414-287-1480 | laurie.mcleroy@vonbriesen.com

**From:** Lisa Goldman <lgoldman@daveygoldman.com>
**Sent:** Monday, October 13, 2025 10:57 AM
**To:** Laurie McLeRoy <laurie.mcleroy@vonbriesen.com>; Susan M. Abing <susan.abing@vonbriesen.com>
**Cc:** Jill Pedigo Hall <jill.hall@vonbriesen.com>
**Subject:** [EXTERNAL] RE: Dr. Ragins v. Mayor Sorenson, et al., 25-cv-338

Laurie:

Please confirm that these depositions will be by zoom.

Respectfully,

Lisa C. Goldman
Attorney
Davey & Goldman Law Firm
5609 Medical Circle, Suite 101
Madison, WI 53719
Phone: (608) 630-9700
Fax: (608) 205-5645
http://daveygoldman.com/

**We Right Wrongs**

The information contained in this transmission is intended only for the personal and confidential use of the designated recipient named above. This transmission may be an attorney-client communication, and as such is privileged and confidential. If the receiver of this transmission is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.

**From:** Lisa Goldman
**Sent:** Monday, October 13, 2025 10:38 AM
**To:** 'Laurie McLeRoy' <laurie.mcleroy@vonbriesen.com>; Susan M. Abing <susan.abing@vonbriesen.com>
**Cc:** Jill Pedigo Hall <jill.hall@vonbriesen.com>
**Subject:** RE: Dr. Ragins v. Mayor Sorenson, et al., 25-cv-338

1

EXHIBIT A

# Lisa Goldman

**From:** Lisa Goldman
**Sent:** Wednesday, October 15, 2025 9:35 AM
**To:** 'Laurie McLeRoy'; Susan M. Abing
**Cc:** Jill Pedigo Hall
**Subject:** RE: Dr. Ragins v. Mayor Sorenson, et al., 25-cv-338

Laurie and Jill:

We do not agree to an in-person deposition for Dr. Ragins. She has been isolating since 2000 due to her disabilities. Please confirm you will conduct her deposition by remote means – zoom or teams or similar remote technology.

Respectfully,

Lisa C. Goldman
Attorney
Davey & Goldman Law Firm
5609 Medical Circle, Suite 101
Madison, WI 53719
Phone: (608) 630-9700
Fax: (608) 205-5645
http://daveygoldman.com/

**We Right Wrongs**

The information contained in this transmission is intended only for the personal and confidential use of the designated recipient named above. This transmission may be an attorney-client communication, and as such is privileged and confidential. If the receiver of this transmission is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.

**From:** Laurie McLeRoy <laurie.mcleroy@vonbriesen.com>
**Sent:** Monday, October 13, 2025 5:04 PM
**To:** Lisa Goldman <lgoldman@daveygoldman.com>; Susan M. Abing <susan.abing@vonbriesen.com>
**Cc:** Jill Pedigo Hall <jill.hall@vonbriesen.com>
**Subject:** RE: Dr. Ragins v. Mayor Sorenson, et al., 25-cv-338

I anticipate taking these depositions in person. Thanks for asking.

**Laurie McLeRoy** | von Briesen & Roper, s.c.
Direct: 414-287-1480 | laurie.mcleroy@vonbriesen.com

**From:** Lisa Goldman <lgoldman@daveygoldman.com>
**Sent:** Monday, October 13, 2025 10:57 AM
**To:** Laurie McLeRoy <laurie.mcleroy@vonbriesen.com>; Susan M. Abing <susan.abing@vonbriesen.com>

1

| | |
|---|---|
| **From:** | Laurie McLeRoy <laurie.mcleroy@vonbriesen.com> |
| **Sent:** | Wednesday, October 15, 2025 9:37 AM |
| **To:** | Lisa Goldman |
| **Cc:** | Jill Pedigo Hall |
| **Subject:** | RE: Dr. Ragins v. Mayor Sorenson, et al., 25-cv-338 |

No, we can take it up with the court.

**Laurie McLeRoy** | von Briesen & Roper, s.c.
Direct: 414-287-1480 | laurie.mcleroy@vonbriesen.com

**From:** Lisa Goldman <lgoldman@daveygoldman.com>
**Sent:** Wednesday, October 15, 2025 9:35 AM
**To:** Laurie McLeRoy <laurie.mcleroy@vonbriesen.com>; Susan M. Abing <susan.abing@vonbriesen.com>
**Cc:** Jill Pedigo Hall <jill.hall@vonbriesen.com>
**Subject:** [EXTERNAL] RE: Dr. Ragins v. Mayor Sorenson, et al., 25-cv-338

Laurie and Jill:

We do not agree to an in-person deposition for Dr. Ragins. She has been isolating since 2000 due to her disabilities. Please confirm you will conduct her deposition by remote means – zoom or teams or similar remote technology.

Respectfully,

Lisa C. Goldman
Attorney
Davey & Goldman Law Firm
5609 Medical Circle, Suite 101
Madison, WI 53719
Phone: (608) 630-9700
Fax: (608) 205-5645
http://daveygoldman.com/

**We Right Wrongs**

The information contained in this transmission is intended only for the personal and confidential use of the designated recipient named above. This transmission may be an attorney-client communication, and as such is privileged and confidential. If the receiver of this transmission is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.

**From:** Laurie McLeRoy <laurie.mcleroy@vonbriesen.com>
**Sent:** Monday, October 13, 2025 5:04 PM
**To:** Lisa Goldman <lgoldman@daveygoldman.com>; Susan M. Abing <susan.abing@vonbriesen.com>

# Lisa Goldman

**From:** Lisa Goldman
**Sent:** Thursday, October 23, 2025 9:51 AM
**To:** Jill Pedigo Hall
**Cc:** Bruce Davey; Laurie McLeRoy
**Subject:** Re: Dr. Ragins' deposition

Jill and Laurie:

What is your basis for insisting that Dr. Ragins' deposition be in person?

Respectfully,

Lisa C. Goldman
Attorney
Davey & Goldman Law Firm
5609 Medical Circle, Suite 101
Madison, WI 53719
Phone: (608) 630-9700
Fax: (608) 205-5645
http://daveygoldman.com/

**We Right Wrongs**

The information contained in this transmission is intended only for the personal and confidential use of the designated recipient named above. This transmission may be an attorney-client communication, and as such is privileged and confidential. If the receiver of this transmission is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.



**Davey & Goldman Law Firm**

Street Address:
5609 Medical Circle, Suite 101
Madison, WI 53719

Mailing Address:
P.O. Box 0063
Madison, WI 53701

Partners:
Bruce Davey
Lisa Goldman

Phone: 608-630-9700 ■ Fax: 608-205-5645 ■ website: DaveyGoldman.com

November 12, 2025

**Via E-Mail**
jill.hall@vonbriesen.com
laurie.mcleroy@vonbriesen.com

Attorneys Jill Pedigo Hall and Laurie J. McLeRoy
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202

> *Re:  Dr. Belle Rose Ragins v. Mayor Ryan Sorenson and City of Sheboygan*
> *Case No. 2025-cv-338*

Dear Attorneys Pedigo Hall and McLeRoy:

In a final effort to resolve the issue whether Dr. Ragins can participate remotely in all proceedings unless otherwise ordered by the Court, I am attaching a declaration by Dr. Ragins discussing the health and safety reasons for remote participation. If you are not agreeable to such remote participation, we will move forward with a motion requesting an order permitting Dr. Ragins to participate remotely in all proceedings, unless the Court orders otherwise. This request is based on the health, safety, and accessibility reasons outlined in the attached declaration.

Dr. Ragins has documented bilateral hearing loss and tinnitus, confirmed by audiological testing. Her condition affects auditory discrimination rather than loudness, so simple amplification does not resolve comprehension difficulties. Extended in-person proceedings, particularly those involving multiple speakers, masks, or background noise, present significant accessibility barriers.

She also has late-stage Lyme disease with co-infections that compromise immune and neurological function. Her treating physician has confirmed that it is medically advisable for her to avoid indoor public exposure to viral infections such as COVID-19, which could exacerbate her condition and trigger relapses.

Since 2022, her employer – The University of Wisconsin-Milwaukee – has provided formal ADA accommodations for these conditions, including remote teaching, meetings, and captioning technology. These measures have been effective, enabling her to perform all essential duties of her position.

You already have copies of Dr. Ragins's medical records, including her physician's letter, ADA accommodations approval, and employment records, all of which corroborate the conditions and accommodations described in the declaration.

1

We Right Wrongs

Case 2:25-cv-00338-LA    Filed 11/17/25    Page 5 of 8    Document 28-1

Given this documentation, and in the interest of efficiency, please confirm whether you will stipulate to remote participation for all proceedings. If we do not receive confirmation by November 14th, 2025, we will proceed with filing the motion.

Respectfully,

DAVEY & GOLDMAN

*Electronically Signed By Lisa C. Goldman*
Lisa C. Goldman
Attorney for Dr. Belle Rose Ragins

Encl.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DR. BELLE ROSE RAGINS,
Plaintiff,
v.
MAYOR RYAN SORENSON, et al.,
Defendants.

Case No. 25-cv-338

---

## DECLARATION OF DR. BELLE ROSE RAGINS

I, Dr. Belle Rose Ragins, declare as follows:

1. I am the Plaintiff in this matter. I make this declaration based on my medical condition and the precautions I have taken to avoid contracting COVID-19 or other viral infections that could substantially worsen my medical condition.

2. My medical history includes late-stage Lyme disease and documented bilateral sensorineural hearing loss with tinnitus. I was diagnosed with early hearing loss in 2012 and was fitted with my first set of hearing aids at that time. In June 2022 I was diagnosed with late-stage Lyme disease, testing positive for both American and European strains of Lyme, along with co-infections of Babesiosis, Anaplasmosis, and Bartonella. The American strain was likely contracted from an infected tick bite sustained during a 2013 hiking trip to the Smoky Mountains and the European strain was likely contracted during a 2017 hike in Denmark.

3. Since December 2022, the University of Wisconsin–Milwaukee ("UWM") has provided ADA accommodations for my hearing loss and late-stage Lyme disease that allows me to teach and meet remotely with captioning for hearing access. These measures have enabled me to perform all duties of my position effectively, and they remain in effect. I meet regularly with undergraduate and doctoral students via Zoom for mentoring and dissertation supervision, and I chair or co-chair two university committees virtually. My Zoom classes consistently earn excellent student evaluations, and I have received teaching awards every year since 2020, when I first began teaching via Zoom. Remote technologies have proven highly effective for teaching, mentoring, and university service.

4. My treating physician, Dr. Eric Boehmer, has confirmed that it is medically advisable for me to avoid exposure to viral infections such as COVID-19. Because late-stage Lyme disease has weakened my immune and autoimmune function, viral infections can trigger a relapse or worsening of Lyme-related symptoms. COVID-19 poses a particular risk of reactivation and prolonged complications, which is compounded due to my age. I strictly follow this medical guidance to prevent further deterioration in my condition.

5. Since March 2020, I have avoided all indoor public settings except when absolutely necessary for health or safety reasons. I have not been inside a grocery store, restaurant or any other type of retail establishment since that time. All groceries and household supplies are delivered to my home. I have briefly entered dog shelters to adopt a dog and attend veterinary appointments.

7

My dog also tested positive for Lyme disease.

6. When I must enter a building for medical appointments, dental visits, or vaccinations, I schedule them first thing in the morning to reduce the likelihood of shared-air exposure. In all such settings, I wear a well-fitted N95 respirator for the entire visit.

7. I have not attended any indoor social, professional, or civic gatherings since the start of the pandemic. I have not traveled for professional conferences, participating remotely instead. I have not taken vacations or personal travel during this period, and I have not been on an airplane since March 2020, though prior to that I traveled frequently for work. All professional collaborations, university service, and community involvement occur virtually. I also participated successfully in remote mediation in this case using the same technology that supports my work.

8. My only in-person indoor contact is with my husband, who is retired and also follows strict precautions. I do see family and friends outdoors, and the only other individuals allowed inside my home are repair or service personnel, when absolutely necessary and while I remain masked and distanced. They are also asked to wear masks. These measures have preserved my health. To date I have avoided contracting COVID-19.

9. My hearing loss and tinnitus make extended in-person proceedings especially difficult. Even with amplification, I experience auditory-discrimination challenges that are worsened by mask-wearing and environmental noise. Extended masking is also physically taxing because it obscures visual cues and further degrades speech comprehension. In-person deposition or testimony would require prolonged auditory concentration and masking in an enclosed space—conditions that would exacerbate my hearing-related and Lyme-related symptoms and increase medical risk.

10. Secure videoconferencing allows me to participate fully in legal proceedings, providing clear audio, captioning, and visual cues that accommodate my hearing needs while eliminating the serious medical risks associated with in-person exposure. I am able to see, hear, and respond in real time through Zoom or Microsoft Teams and can view and annotate exhibits electronically as needed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of November, 2025, in Sheboygan County, Wisconsin.

*Belle Ragins*

**Dr. Belle Rose Ragins**
Plaintiff