

UNIVERSITY of WISCONSIN
UWMILWAUKEE

Department of
Human Resources

Engelmann Hall 125
P.O. Box 413
Milwaukee, WI
53201-0413
414 229-4463 phone
414 229-4102 fax
www.uwm.edu/hr

**\*\*\* UPDATE December 9, 2022 \*\*\***

November 30, 2022

Belle Rose Ragins, *PhD*
4933 Evergreen Drive
Sheboygan, WI 53081

Good day, *Professor* Ragins:

I am writing in response to your request for accommodation, which you submitted to the Department of Human Resources on August 22, 2022. You requested authorization to teach assigned courses using a virtual (synchronous) modality.

I have received medical documentation from your health care provider ("HCP") in support of this request. I have also received information from Dr. Kaushal Chari and Shawn Hazelwood in their capacities as *Dean* and *Human Resources Business Partner* for Lubar College of Business respectively. On August 18, 2022, *Dean* Chari approved your request to teach remotely in the spring semester 2023. My response to your request for accommodation will therefore address your teaching modality in the 2023-2024 academic year and beyond.

Based on the medical opinion of your HCP and the response from the College of Business, I am **APPROVING** your request to teach the following courses using a remote (synchronous) format:

- BUS ADM 441 **Diversity in Organizations**
- BUS ADM 731 **Leadership in Diversity and Inclusion**
- BUS ADM 996 **Doctoral Seminar in Organizations: Research in Org Behavior**

Please note that if in future semesters you are assigned to teach a course other than those listed above, the Lubar College of Business, your *Human Resources Business Partner*, and the Disabilities in Enrollment Coordinator will work with you to address the situation and any need to amend this approved accommodation.

EXHIBIT
B

Ragins Page 2

Please do not hesitate to contact me with additional questions.

*[signature]*

Kurt C. Hennemann, *PHR*
*Employment Relations & Compliance Specialist*
Disabilities in Employment Coordinator
Engelmann Hall 280
☎ (414) 229-4102
✉ rommel@uwm.edu

Enc.

Dear Health Care Provider:

Dr. Belle Ragins works as a *Distinguished Professor* in the Lubar College of Business at the University of Wisconsin-Milwaukee ("UWM").

Dr. Ragins has requested that UWM provide her with an updated workplace accommodation relating to a medical condition. I ask that you answer each of the following questions in writing so UWM can evaluate her accommodation request:

1. **Please detail[1] Dr. Ragins' medical condition(s) (e.g., a diagnosis).**

Hearing loss, tinnitus and balance/fatigue issues associated with Lyme Disease.

2. **For each condition identified, does this condition limit a major life activity (or activities) or limit her capacity to work? If so, please describe how, including any functional limitations.**

Hearing loss/tinnitus: Dr. Ragins is unable to hear and effectively interact in group settings, such as classrooms and conference rooms. Because of her tinnitus, hearing aids have not been helpful.

Lyme disease manifests in balance issues, episodes of dizziness and fatigue which create issues for standing for periods of time as well as movement around the classroom.

Dr. Ragins also has osteoporosis - which heightens risks associated with falls due to dizziness and balance issues.

3. As a faculty member, Dr. Ragins teaches, conducts research, and performs service at the institution. Are there aspects of her responsibilities that she cannot perform because of her medical condition(s)? **If so, please specifically list those responsibilities and explain how her medical condition impacts her ability to perform those responsibilities.**

**Teaching:** Because of her hearing loss and tinnitus, Dr. Ragins is not able to teach in a group setting such as a traditional classroom. Due to her balance issues, movement in a traditional classroom imposes the risk of a fall. For example, she may lose her balance while attempting to move from the front of the classroom to a student's desk in order to listen and interact with that student. Dr. Ragins has osteoporosis, which heightens the risks of bone fractures associated with falls. Her periodic fatigue also limits her ability to stand for extended periods of time.

**Research:** Her hearing impairments do not limit Dr. Ragins' ability to conduct research as her work is done online and she is able to interact with coauthors using Zoom. She is also supervising doctoral students' research and chairing dissertation committees via Zoom. Dr. Ragins was just awarded a University Distinguished Professorship for her research, but her episodes of fatigue could be a challenge to her research activities in the future.

**Service:** Dr. Ragins is able to continue providing service via synchronous and online modalities. For example, she conducts mentor training for the Multicultural Mentoring Program, serves on and leads

1

various college committees, gives guest lectures and participates in other campus events via Zoom. She also created new curriculum and certificate programs remotely. Her service to the profession (e.g., serving on editorial boards, professional committees, and task forces) have not been significantly affected by her medical conditions. However, her ability to attend face-to-face conferences and campus events are restricted by her conditions involving hearing, balance, and fatigue.

4. Dr. Ragins asks that she be authorized to teach exclusively using a virtual (synchronous) instructional model. Does Dr. Ragins require this new accommodation? If so:

   - Which condition(s) requires it?
   - What is the expected duration of this need?
   - Are there any other accommodations different from that suggested by Dr. Ragins that would enable her to teach using an in-person (on campus) format? If so, please describe how your suggested accommodation(s) would allow her to perform her essential functions.

Which condition(s) requires it? Hearing loss/tinnitus and balance/fatigue due to Lyme disease. Synchronous/online classes allow Dr. Ragins to use a headset so that she can hear her students and avoid risks of falls due to lack of balance.

What is the expected duration of this need? Indefinite. These disabilities are not reversible.

Are there other accommodations? No. Hearing aids are not helpful given her tinnitus and do not address the balance or periodic fatigue concerns. Teaching via Zoom allows Dr. Ragins to use a headset so she can hear all of her students and to teach sitting down, which addresses balance/dizziness issues and risks associated with falls.

Dr. Ragins has taught synchronous classes for the past two years and received teaching awards for her performance in these classes. Synchronous classes appear to be an effective accommodation for her health conditions.

**It is important that you provide complete answers to the questions listed above.** Your responses are a critical component in the interactive process upon which the reasonable accommodation determination is based. Thank you for your consideration in this matter.

Sincerely,

Kurt C. Hennemann, *PHR*
UWM Disabilities in Employment Coordinator
UW-Milwaukee
Engelmann Hall 282
PO Box 413
Milwaukee, WI 53201
✉ rommel@uwm.edu
☏ : (414) 229-4102

*Eric Boehmer, MD, PhD* 10-12-22

2