

Froedtert & the Medical College of Wisconsin Port Washington Health Center
115 Sweetwater Blvd
PORT WASHINGTON WI

Ragins, Belle R
MRN: 3230292, DOB: [redacted], Legal Sex: F
Visit date: 10/12/2022

**SUBJECTIVE:**

Ragins, Belle R
MRN: 3230292, DOB: 7/29/1956, Legal Sex: F

Froedtert_004634

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 1 of 2    Document 30-1

Printed by 97165 at 8/29/25 11:53 AM



Froedtert & the Medical College of Wisconsin Port Washington Health Center
115 Sweetwater Blvd
PORT WASHINGTON WI 53074-2657

Ragins, Belle R
MRN: 3230292, DOB: ▓▓▓▓, Legal Sex: F
Visit date: 10/12/2022

**Progress Notes (continued)**

Belle R Ragins is a 66 Y female who presents for ADA paperwork.

Needs her ADA paperwork filled out. She has severe vestibular dysfunction, tinnitus, hearing loss from chronic Lyme disease contracted in 2017. She is a professor and teaches via Zoom. Her organization has made incredible accommodations for her and she is able to use high decibel earplugs via Zoom chat for her classes. Her students love her class and she always gets high marks. She wants to continue with this and her organization is just requesting a letter of accommodation from the physician. She is already filled out most of the details and these can be seen in the message she most recently sent me through MyChart. We already signed this and mailed it to the administrator, but she would like a copy yourself.

