FIRST INTEGRATIVE HEALTH
420 E 1ST ST
DULUTH MN 55805-1901

Ragins, Belle R
MRN: 6393936, DOB: ███████ Legal Sex: F
Visit date: 7/22/2025

**07/22/2025 - Telehealth in Essentia Health - Duluth Clinic First Street Integrative Health (continued)**

**Clinical Notes (continued)**

**Exercise**: Bike (10 miles) or run (2-3 miles) every morning. Plus afternoon/evening walks (2-3 miles)

FIRST INTEGRATIVE HEALTH  
420 E 1ST ST  
DULUTH MN 55805-1901

Ragins, Belle R  
MRN: 6393936, DOB: [redacted], Legal Sex: F  
Visit date: 7/22/2025

**07/22/2025 - Telehealth in Essentia Health - Duluth Clinic First Street Integrative Health (continued)**

**Clinical Notes (continued)**

[content redacted]

Physical Activity: Sufficiently Active (6/3/2025)
- Received from Froedtert & Medical College of Wisconsin
- Exercise Vital Sign
  - Days of Exercise per Week: 7 days
  - Minutes of Exercise per Session: 120 min

Stress: No Stress Concern Present (6/3/2025)

[content redacted]