



**Configuration:**

LR-4200-072 Intelligent DSP RF Receiver (72 MHz)

**Product Overview:**

The LR-4200-072 receiver from Listen Technologies offers outstanding audio clarity and quality with the best range and reception in its class.

Part of our Intelligent Digital Signal Processing (iDSP) line, the LR-4200-072 is the smallest device of its kind, resulting in a compact unit that won't burden the end user. An integrated neck loop/lanyard makes each receiver easy to wear, and the DSP loop driver offers an improved listening experience for anyone with a T-coil-equipped hearing aid. Dual 3.5mm output jacks also allow receivers to be shared between users.

Each receiver is equipped with a micro USB connection which can be used with free iDSP software for charging, set up, programming, inventory management and firmware updates.

Extended speaking sessions, presentations and more can be challenging for other devices, but the LR-4200-072 incorporates advanced Lithium-ion rechargeable batteries that offer long life and reliable power. Charge status, along with channel information and volume level, are easy to read on the integrated OLED display.

From classrooms to boardrooms, conferences and more, the LR-4200-072 is an outstanding receiver choice for any venue looking to offer convenient, reliable assistive listening.

**Highlights:**

- High-performance RF receiver offering best-in-class sensitivity and 20dB less noise than other devices
- Integrated neck loop/lanyard with DSP loop driver for an enhanced T-coil listening experience
- Smallest device of its kind makes it easier to wear and use and for venues to dispense, store and maintain
- OLED display showing channels, battery status, channel status, volume level, and more
- Lanyard and belt clip options offer convenient and discreet choices for the end user
- Advanced rechargeable battery technology eliminates the costs and hassles associated with frequent battery replacement
- Designed for single-channel applications

**Includes:**
One (1) LR-4200-072 Intelligent DSP RF Receiver (72 MHz)* *The LR-4200-072 comes with a quick start guide and a non-proprietary field replaceable Lithium-ion battery.

| Product Specification: Intelligent DSP RF Receiver (72 MHz) | |
| --- | --- |
| **Audio** | |
| System Distortion | < 2% total harmonic distortion (THD) at 80% deviation |
| Output/s | Two (2) 3.5 mm (0.14 in.) connectors, unbalanced, 0 dBu nominal output level, 16 mW maximum, impedance 32 ohm |

Case 2:25-cv-00338-LA     Filed 11/24/25     Page 1 of 28     Document 30-3



| Product Specification: Intelligent DSP RF Receiver (72 MHz) | |
|---|---|
| System Frequency Response | 50 Hz - 15 kHz (±3 dB) |
| System Signal to Noise Ratio | SQ enabled 80 dB, SQ disabled 60 dB |
| **Controls** | |
| User Controls | Power, up/down volume |
| Programming | Via software and USB port |
| Set-up Controls | Press and hold up/down volume buttons for 5 seconds to enter channel adjust, use up/down to select channel |
| **Indicators** | |
| LEDs | Flashes when batteries are low or to indicate charging, solid when fully charged |
| Display | Channel designation, battery level, unit number, charging status |
| **RF** | |
| Frequency Range | 72.0250 - 75.9500 MHz |
| Number of Channels | 17 wide band, 40 narrow band |
| Sensitivity | .6uV typical, 1 uV maximum for 12 dB sinad |
| Frequency Accuracy | ± .005% stability 32 to 122 ºF (0 to 50 ºC) |
| Squelch | Programmable in 20 steps, automatic on loss of RF signal |
| Antenna Type | Uses ear phone/neck loop lanyard and short ear phone cable or standard earphone cable |
| **Power** | |
| Power Supply | Micro USB connector, 5 V, 500 mA |
| Battery Type | Lithium Ion 3.7 Vdc, 1200 mAh |
| Battery Life | 8 Hours of continuous use |
| Battery Charging Time | Fully charged in 2.5 Hours |
| **Physical** | |
| Color | Black |
| Unit Weight with Batteries | 2.40 oz. (68 g) |
| Shipping Weight | 3.20 oz. (91 g) with 1.0 lbs. (454 g) minimum |
| Dimensions (H x W x D) | 3.75 x 2.00 x 0.64 in. (9.6 x 5 x 1.7 cm) |
| Unit Weight | 1.60 oz. (45 g) |
| Dimensions with Belt Clip | 3.75 x 2.00 x 0.80 in. (9.6 x 5.0 x 2.1 cm) |
| **Environmental** | |
| Temperature - Operation | 14 to 104 ºF (-10 to 40 ºC) |
| Temperature - Storage | (-)4 to 122 °F (-20 to 50 °C) |
| Relative Humidity | 0 to 95% relative humidity, non-condensing |
| **Compliance** | |
| Standards | FCC Part 15, Part 90, Industry Canada, RoHS |

Listen Technologies Corporation * 14912 Heritage Crest Way * Bluffdale * Utah 84065-4818 U.S.A.
+1.801.233.8992 * +1.800.330.0891 North America * +1.801.233.8995 Fax
Case 2:25-cv-00338-LA Filed 11/24/25 Page 2 of 28 Document 30-3

Intelligent DSP RF Receiver (72 MHz)                                                                                           Page 2 of 2

# User Manual

LR-4200-072 iDSP Receiver (072 MHz)
LR-4200-216 IDSP Receiver (216 MHz)



© 2017 Listen Technologies Corporation® All Rights Reserved

For further details regarding use, adjustment, or programming of your Listen Technologies products visit
our website at www.listentech.com/support-manuals or contact us at +1.801.233.8992 or 1.800.330.0891.

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 3 of 28    Document 30-3



*Dear Valued Customer,*

Thank you for choosing Listen! We are dedicated to providing you with the highest quality products available, and take pride in delivering outstanding performance to ensure you are completely satisfied.

We independently certify each of our products to the highest quality standards and back them with a limited lifetime guarantee. We are available to answer any questions you might have during installation or in the operation of our products. At Listen, it's all about you, should you have any comments or suggestions we're here to listen.

Here's how to reach us:

+1.801.233.8992
+1.800.330.0891 North America
+1.801.233.8995 fax support@listentech.com www.listentech.com

Thank you and enjoy your listening experience!

Best regards,

Russell Gentner and the Listen Team

---

- In the few instances where repairs were needed, 99% of all clients indicated that they were happy with repair turn-around-times and 85% of the time, clients were without their product for less than 10 days!

- Overall client satisfaction of working with Listen was rated 4.8 out of 5.

- "Please continue with your excellent attitude toward customer satisfaction. You guys are great!"

- "I've never had such good service from any company. Keep up the good work!"

- "You stand behind your product wonderfully."



# TABLE OF CONTENTS

iDSP™ Receivers ................................................................................................................ 3
LR-4200 Quick Reference .................................................................................................. 4
LR-4200 Specifications ...................................................................................................... 5
Safety Cautions! ................................................................................................................ 6
Hearing Safety: .................................................................................................................. 6
    Medical Device Safety: ................................................................................................ 6
Recycling : .......................................................................................................................... 6
    Product Recycling Instructions: ................................................................................... 6
    Battery Recycling Instructions: .................................................................................... 6
Quick Setup and Operation Instructions: ........................................................................ 7
    1.  Unpack Unit .......................................................................................................... 7
    2.  Activate Battery .................................................................................................... 7
    3.  Charge Battery ..................................................................................................... 7
    4.  Connect Ear Phone .............................................................................................. 8
        Using The Neck Loop Lanyard ............................................................................ 8
        Using The 3.5mm Headset Extension Cable ...................................................... 8
    5.  Turn the Unit On .................................................................................................. 9
    6.  Channel Select Mode ........................................................................................... 9
    7.  Adjust Volume ...................................................................................................... 10
Battery & Belt Clip ............................................................................................................ 11
    Low Battery Indication ................................................................................................. 11
    Belt Clip Installation/Removal ..................................................................................... 11
    Accessing Battery Compartment ................................................................................. 12
Reset to Factory Default Settings .................................................................................... 12
Advanced Program Features an Listen's UI Configuration Software .............................. 13
    Super Quiet Mode ........................................................................................................ 13
    Squelch ......................................................................................................................... 14
    Basic Channels and Expanded Channels Modes ......................................................... 14
    Channel Labels ............................................................................................................. 14
    Auto Power Mode ........................................................................................................ 14
    Unit ID .......................................................................................................................... 15
    Brightness Control ....................................................................................................... 15
    Unit Information ........................................................................................................... 15
    Reset to Factory Defaults ............................................................................................ 15
    Firmware Update ......................................................................................................... 15
RF Reception Maximization Strategies: ........................................................................... 16
72 MHz Compatibility Chart: ........................................................................................... 17
216 MHz Compatibility Chart ........................................................................................... 18
Troubleshooting LR-4200 Receivers: ............................................................................... 19
Compliance Notice and FCC Statement ........................................................................... 20
Warranty ........................................................................................................................... 21
Contacting Listen ............................................................................................................. 22

Case 2:25-cv-00338-LA     Filed 11/24/25     Page 5 of 28     Document 30-3



# iDSP™ Receivers

The LR-4200 is a powerful Assistive Listening Receiver designed to be compact and simple to use. The unique design of the iDSP™ receiver family allows them to be worn as a necklace, using the belt clip or concealed in a pocket, making this the most inconspicuous ALS receiver on the market.



Each receiver can be purchased with a Ear Phone/Neck Loop Lanyard that is designed to hold the receiver like a necklace similar to the Blue Tooth™ transceivers used with many of the today's hearing aids. The Ear Phone/Neck Loop Lanyard can be used as the induction loop for those users who have T-coil enabled hearing aids or cochlear implants, inducing the received audio directly into these T-coil enabled devices. The Ear Phone/Neck Loop Lanyard also provides the connection to Listen's Universal Ear Speaker, Earphones and Headphones, incorporating a short connection cable that plugs directly into the Ear Phone/Neck Loop Lanyards 3.5mm headset jack located 2/3 of the way up the lanyard. A second 3.5mm extension cable provided with Listen's universal earphones provides the length of cable required to place the receiver in a pocket or using the belt clip.

Case 2:25-cv-00338-LA     Filed 11/24/25     Page 6 of 28     Document 30-3



# LR-4200 Quick Reference



**1. OLED Display Area**

**3. Up/Down Volume Control**

**2. Micro USB**

1. **OLED Display Area:** Displays battery status, unit ID, channel status, volume status and charge activation

2. **Micro USB:** USB charging, programming, firmware updates and inventory dispensing

3. **Up/Down Volume Control:** Press momentarily to adjust the volume up/down or press and hold to ramp the volume.

   *Note:* Press and hold both up and down buttons for 5 seconds to activate channel select, use up and down to change the channel. Momentarily press the power button to save and exit



**4. 3.5 mm Output Jacks**

**7. Power On/Off**

**8. LED**

**5. Belt Clip**

**9. Battery Protective Pull Tab**

**6. Charging Contact**

**10. Battery Door**

4. **3.5 mm Output Jacks:** Connect Listen Ear Phone/Neck Loop Lanyard for use with T coil hearing aids or with Universal Ear Speaker or Headphone.

5. **Belt Clip:** To remove, remove screw and pull belt clip from unit. To install place belt clip in place and insert screw.

6. **Charging Contact:** For use with Listen charging tray options.

7. **Power On/Off:** Press and hold for 1 second to turn on. Press and hold for 3 seconds to turn off.

8. **LED:** Indicates low battery condition and charging status

9. **Battery Protective Pull Tab:** Remove clear plastic pull tab to activate internal battery connections.

10. **Battery Door:** Can be removed to access battery and product labeling information.

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 7 of 28    Document 30-3



# LR-4200 Specifications

| Product Specification: LR-4200-072 / LR-4200-216 | | |
|---|---|---|
| Audio | System Frequency Response | 50 Hz - 15 kHz (±3 dB) / 50 Hz - 10 kHz (±3 dB) |
| | System Signal to Noise Ratio | SQ enabled 80 dB, SQ disabled 60 dB / |
| | | SQ enabled 80 dB, SQ disabled 50 dB |
| | System Distortion | <2% total harmonic distortion (THD) at 80% deviation |
| | Output/s | Two (2) 3.5 mm (0.14 in.) connectors, unbalanced, 0 dBu |
| | | nominal output level, 16 mW maximum, impedance 32 ohm |
| Controls | User Controls | Power, up/down volume |
| | Set-up Controls | Press and hold up/down volume buttons for 5 seconds to enter |
| | | channel adjust, use up/down to select channel |
| | Programming | Via software and USB port |
| Indicators | LED | Flashes when batteries are low or to indicate charging, |
| | | solid when fully charged |
| | Display | Channel designation,battery level, unit number, charging status |
| RF | Frequency Range | 72.025 - 75.975 MHz / 216.0125 - 216.9875 MHz |
| | Number of Channels | (57)17 wide band, 40 narrow band / (57)19 wide band, 38 narrow band |
| | Sensitivity | .6uV typical, 1 uV maximum for 12 dB sinad |
| | Frequency Accuracy | ± .005% stability 32 to 122 °F (0 to 50 °C) |
| | Antenna Type | Uses ear phone/neck loop lanyard and short ear phone cable |
| | | or standard earphone cable |
| | Squelch | Programmable in 20 steps, automatic on loss of RF signal |
| Power | Battery Type | Lithium Ion |
| | Battery Life | 8 Hours of typical use |
| | Battery Charging Time | Fully charged in 2.5 Hours |
| | Power Supply | Micro USB connector, 5 V, 500 mA |
| Physical | Dimensions (H x W x D) | 3.75 x 2.0 x 0.64 in. (9.6 x 5.0 x 1.7 cm) |
| | Dimensions with Belt Clip | 3.75 x 2.0 x 0.80 in. (9.6 x 5.0 x 2.1 cm) |
| | Unit Weight | 1.6 oz (45.4 g) |
| | Unit Weight with Batteries | 2.4 oz (68.1 g) |
| | Shipping Weight | 3.2 oz (90.8 g) with 16 oz (454 g) minimum |
| | Color | Flat Black |
| Environmenta | Temperature - Operation | 14 to 104 °F (-10 to 40 °C) |
| | Temperature - Storage | (-)4 to 122 °F (-20 to 50 °C) |
| | Relative Humidity | 0 to 95% relative humidity, non-condensing |
| Compliance | Standards | FCC Part 15, Industry Canada, RoHS |

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 8 of 28    Document 30-3



# Safety Cautions!

## Hearing Safety:

This product is designed to amplify audio to a high volume level which could potentially cause hearing damage if used improperly. To protect your hearing make sure the volume is turned down before putting on the ear speaker or headphones. Then adjust the volume up to the minimum setting require to hear clearly. Do not allow children or other unauthorized individuals to have access to this product without supervision.

## Medical Device Safety:

Before using this Listen product with an implantable or other medical device, consult your physician or manufacturer of your implantable or other medical device. Always make sure you are using this product in accordance with the safety guidelines established by your physician or the implantable device manufacturer.

## Recycling :

Help Listen Technologies protect the environment! Please take the time to dispose of your equipment properly.



### Product Recycling Instructions:

Please do NOT dispose of your Listen Technologies equipment in the household trash. Please take the equipment to an electronics recycling center; OR, return the product to the factory for proper disposal.



### Battery Recycling Instructions:

Please do NOT dispose of batteries in the household trash. Please take the batteries to a retail or community collection point for recycling.



# Quick Setup and Operation Instructions:

## 1. Unpack Unit

Inspect the unit for physical damage. If damage is apparent, please contact Listen Technologies  technical support for assistance.



## 2. Activate Battery

Remove the clear plastic pull tab located at the bottom of the battery door, this will activate the internal battery connections. Note: upon first activation the battery will have a limited charge, we recommend the unit be charged immediately.

**Pull the tab to activate the internal battery**

## 3. Charge Battery

Fully charge the rechargeable Lithium Ion battery by connecting the unit to one of Listen Technologies charging options.

  a.  LA-380 Intelligent 12-Unit Charging/Carrying Case
  b.  LA-381 Intelligent 12-Unit Charging Tray
  c.  LA-421 1-Port USB Charger (comes with cable)
  d.  LA-423 4-Port USB Charger (comes with 4 cables)
  e.  LA-422 USB to Micro USB cable (Connects iDSP™ receiver to any standard USB port)

When connected to a charging option the OLED status display will show the battery charge Icon momentarily and the status LED next to the power button will begin to flash indicating that the unit is charging.



**OLED Display:**

Charging Icon when first connected to a charging source

Indicated Unit #, Charge % and Channel Assignment when removed for charging

**Status LED:**

Flashes during charging

Solid when charge is complete

When the unit reaches 100% charged the status LED next to the power button will stop flashing and will be solid.

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 10 of 28    Document 30-3



## 4. Connect Earphone

### Using The Earphone/Neck Loop Lanyard

Connect the Listen Intelligent ear phone/ neck loop lanyard to the two 3.5 mm output jacks on the unit. Then connect the short cable ear speaker or headphones to the 3.5mm output jack on the lanyard. The lanyard neck loop is placed over the head and worn as a necklace.

This is the preferred method of wearing the receiver for best performance!

For T-coil compatible hearing aid use simply disconnect the ear speaker or headset from the ear phone/neck loop lanyard.



### Using The 3.5mm Earphone Extension Cable

If the receiver is to be clipped to a belt, waistband or inside a pocket a long extension cable is used. Connect the extension cable to the ear speaker, headset or earphones, then connect the extension cable into one of the 3.5 mm output jacks on top of the receiver.





## 5. Turn the Unit On

Press and hold the Power Button for 1 second to turn the receiver on, the unit display will show the unit ID, battery status and the current channel. Each item will be displayed and then the display will turn off.

**OLED Display:**

Indicates Unit #, Charge % and Channel Assignment when power button is pressed





**Power Button:**

Press and hold for 1 second to turn on, press and hold for 3 seconds to turn off

To view the unit ID, battery status or channel while the unit is powered, momentarily press the power button. To turn the receiver off, press and hold the power button for 3 seconds.

## 6. Channel Select Mode

72 MHz receivers operate on 17 wide band channels and 40 narrow band channels. Channels represented by letters on the display (i.e. A) are wideband channels; channels represented by numbers are narrowband channels. Listen recommends the use of wide band channels for a much higher quality listening experience.

216 MHz receivers operate on 19 wide band channels and 38 narrow band channels. Channel numbers starting with a "2" are wide band; channels beginning with a "1" or "3" are narrow band channels.

The Listen receiver is pre-programmed to operate on channel E (72 MHz) or channel 2C (216 MHz) from the factory. To receive audio, both the transmitter and receiver(s) need to be set to the same channel. If not, the receiver channel needs to reprogrammed to the channel being broadcast. To adjust the receiver to a different listening channel, press and hold the volume up and down buttons simultaneously for 5 seconds. The current channel will begin to flash on the display.

Use the volume up or down button to scroll through the available channels. Once the desired channel is located mometarily press the power button to save and exit the channel select mode or if no button is pressed for 5 seconds then the selected channel will be saved and the unit will exit the channel select mode. See page 17-18 for complete channel selection information.

**1. Channel Select Mode:**

Press and hold the up and down button simultaneously for 5 seconds

**3. Save/Exit:**

Press power button to save and exit.

**2. Scroll Up/Down:**

Use the up or down button to scroll through available channels

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 12 of 28    Document 30-3



## 7. Adjust Volume

Adjust the listening volume to a comfortable listening level via the volume up/down buttons.



**OLED:**
Indicates the level in a % of maximum level

**Volume Up/Down**
Use the volume up or down to raise/ lower volume

If the volume is adjusted while there is no audio present the unit will output a momentary tone each time the button is pressed allowing the user to gauge and adjust the audio level to a comfortable listening level. The volume level will be displayed for 3 seconds and then the display will turn off.

*Note: To protect the users hearing, at power up the receiver will automatically reset to a 25% volume level. Put on a headset and then adjust the volume to a comfortable listening level.*

Case 2:25-cv-00338-LA     Filed 11/24/25     Page 13 of 28     Document 30-3



# Battery & Belt Clip

## Low Battery Indication

When the unit detects a low battery condition it will cause the status LED to flash slowly indicating that the unit needs to be charged. When the light begins to flash the unit has approximately 30 minutes of receiver use before the unit will turn off. Press and release the power button and the battery charge % will be displayed on the OLED screen temporarily.



**Status LED:**
Begins to flash when receiver has less than an estimated 30 minute use left on the charge

**OLED Display:**
Press the Power button to get the status of the battery charge life

OLED Indicates a % of charge

## Belt Clip Installation/Removal

To remove belt clip, remove screw and pull belt clip from unit. To install place belt clip in place and insert screw.



**Belt Clip Screw:**

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 14 of 28    Document 30-3



## Accessing Battery Compartment

To access the battery compartment simply remove the belt clip and battery door by pulling down and out on the battery door locking tab.  *Note: The product labeling information can be found behind the battery and includes the product model number, description, serial number, contact information and compliance statement.*



Door locking tab

Battery door

## Reset to Factory Default Settings

The unit can be returned to its factory default settings at any time by following steps:

1.  Turn the unit off

2.  Press and hold down the volume down button while pressing and holding the power button for 1 second to turn the unit on

3.  Continue to hold down the volume down button while the unit powers on. The OLED display will show the Unit #, Charge Level %, Channel Selection and end with "Reset?"

4.  Release the volume down button when Reset is displayed on the OLED display.

5.  Press the power button to confirm default is desired. Once pressed the unit will display "Defaulted" on the OLED display. The unit has now returned to the factory default state

6.  If 5 seconds lapses before the power button is the pressed, the unit will time out and the unit will not reset to the factory default settings



# Advanced Program Features and Listen's iDSP Software Suite

To manage the advanced program features on any of the iDSP™ receivers a windows based User Interface (UI) software is required.

This software is available free of charge from Listen Technologies. To download the software log onto **http://www.listentech. com/support/software/idsp-software-suite/** and follow the instructions.

With the UI software, direct communication is provided via the Micro USB connection on the receiver. Once connected the UI software provides setup and adjustment of the following functions of the LR-4200 receiver.

*Note: A help file for the UI software is included with the download and will provide detailed instructions for set up and management of all the advanced program features of the LR-4200 receiver.*



# Super Quiet Mode

To reduce background noise and increase the audio quality, Listen offers a noise reduction technology called Listen SQ™. Only Listen *transmitters and receivers have SQ™ available, both the transmitter and receiver must have SQ™ activated to achieve the improved sound quality performance. This LR-4200 receiver has been shipped to you with the SQ™ feature enabled.

> *SQ™ Summary:*
>
> Improves noise performance by at least 20 dB
>
> SQ must be enabled for both the transmitter and receivers
>
> SQ™ is NOT Squelch
>
> SQ™ is NOT compatible with other manufactures' products
>
> SQ™ can be disabled to permit operation with early Listen products or other manufactures, products

Note: SQ™ is not available on some of the early Listen transmitters. Please contact Listen's Technical Support team to find out if your existing transmitter has this feature available.

*Note: If you are planning to use this product with older Listen systems that do not employ SQ™ or another manufactures transmitter The SQ™ mode should disabled on this receiver. Refer to the manual supplied with the downloaded Listen UI software for details on how to manage the SQ™ Mode on this receiver.*

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 16 of 28    Document 30-3



## Squelch

The purpose of squelch is to mute the audio output of the receiver when the signal from the transmitter is turned off or the level is too weak to be received. Without squelch radio noise will be heard in the earphone. The squelch on the receiver can be adjusted to mute the audio at different RF signal strengths. There are 20 squelch settings. The lowest squelch setting (no squelch) is "0" and the tightest squelch setting is "20". Your Listen receiver has been shipped to you with the squelch setting of 3.

*Useful as follows:*

- To ensure that users don't hear transmissions from other transmitters, set the squelch setting to the highest level that doesn't squelch the receiver in the defined listening area

- If the receiver is to close to the transmitter (i.e. in a classroom), set the squelch high enough so that when the transmitter is turned off it immediately squelches the audio on the receiver and transmitters in other rooms will not be heard

- In an area that has a lot of broadcast inference, adjust the squelch setting to a higher setting to ensure the interference is not picked by the receiver

- For the maximum amount of range, consider setting the squelch setting to a low level (0, 1 or 2). This expands the range but could allow interference from other transmitters when operating far distances from the primary transmitter

## Basic Channels and Expanded Channels Modes

Your Listen receiver has been shipped with the Basic Channel Mode enabled.

In the default Basic Channel Mode, only the wide band channels are available for selection. If the channel desired is not available in Basic Channel Mode, the receiver will need to be set to the Expanded Channel Mode.  In Expanded Channel Mode all wide band and narrow band are available for selection.

## Channel Labels

The channel labels are displayed on the OLED status screen. The default is the channel number the receiver has been programmed to receive, i.e. "CH-E".  Customization of this display can be created to better identify the type of audio, for example CH-E could be changed to display "Spanish" if the receiver is used for language translation.

## Auto Power Mode

The auto power mode will automatically power the receiver on when the unit is removed from the charging device, displaying the unit ID, battery status and the active channel. When the unit is returned to the charging device the unit will automatically turn off and resume charging operation. Your Listen receiver has been shipped to you with the Auto Power Mode enabled.



## Unit ID

The unit ID number provides a unique identification for each receiver that is displayed on the OLED status screen. This can be any 3 digit number between 000 and 999.  The unit ID allows venues to track individual units and for easy dispensing and inventory control. Your Listen receiver has been shipped to you with a Unit ID of 000.

## Brightness Control

The Brightness Control adjusts the level of brightness of the OLED display. There are four settings Auto, Bright, Dim and Disabled. In the Auto mode the unit uses an internal light sensor and automatically dims the display when the light level is below approximately 10 Lux. In the Bright, Dim or Disabled mode the unit disables the light sensor and leaves the OLED in the selected Bright or Dim state. In the disabled mode the unit disables the display from lighting during normal operation except for the power on sequence or when the power button is momentarily pressed to check status. The receiver is shipped with the Auto Brightness Control Mode enabled.

## Jack Sense

The jack sense mode when enabled will automatically turn the receiver on when a headset is inserted into the 3.5 mm output jack on the receiver. The receiver will automatically turn off after 60 seconds when the headset is removed from the 3.5 mm output jack. Your listen receiver has been shipped to you with the Jack Sense Mode disabled.

*Note:* If Jack Sense is on and Auto Power is on, the receiver will ignore jack sense while on the charger.

## Unit Information

When a unit is connected to the configuration software the software extracts specific information from the unit and displays it for the user.  This information includes the model number, frequency, Serial Number and Firmware Version.

## Reset to Factory Defaults

The unit can be returned to the factory default settings.

## Firmware Update

The firmware update function will check via the internet to see if a firmware update is available for the receiver.



# RF Reception Maximization Strategies:

For proper and reliable operation, Listen receivers should receive a strong and consistent signal from the originating transmitter. Follow these strategies should be used to maximize this signal:

    a. When designing and installing a system, keep in mind that the location of both the transmitter and receivers is critical to maximizing signal strength

    b. Eliminate or minimize obstructions between the transmitter and receivers

    c. Minimize the distance between the transmitter and receivers

    d. Move transmitter and receivers away from metal objects

    e. Place the transmitting antenna as high as possible (on stationary transmitters)

    f. Orient both transmitting and receiving antennas vertically

    g. On portable transmitters and receivers, the cable from the microphone or headset is the antenna; ensure that the cable is not coiled or laying horizontal

    h. For 216 MHz stationary LT-800 transmitter only, consider using a gain antenna such as a Yagi type antenna or the LA-107 ground plane antenna."

*NOTE:* If the RF signal to the 216 MHz models is too high, the audio will be distorted. This may happen if you are within 40 feet (12m) of the LT-800-216 transmitter or within 5 feet (1.5 m) of the LT-700-216 transmitter.

**CAUTION:** When installing remote antennas, ensure the antenna is clear of power lines. Coaxial cable, connectors, and optional antenna mounting kits are available from Listen. Visit **www.listentech.com** or ask your dealer for details.



# 72 MHz Compatibility Chart:

| Frequency MHz | Listen | Phonic Ear | Comtek | Phonak | Williams* | Gentner | Telex | Drake |
|---|---|---|---|---|---|---|---|---|
| 72.0250 | 1 | 1 | 1 | A1 | (11, 1) | | | |
| 72.0500 | | | | | (2) | 1 | | |
| 72.0750 | 2 | 2 | 2 | A2 | (12, 3) | | | |
| 72.1000 | A | A | A | A | A, (13, 4) | 2 | A | 72.1 |
| 72.1250 | 3 | 3 | 3 | A3 | (14, 5) | | | |
| 72.1500 | | | | (6) | 3 | | | |
| 72.1750 | 4 | 4 | 4 | A4 | (15, 7) | | | |
| 72.2000 | K | K | K | K | K, (8) | 4 | B | 72.2 |
| 72.2250 | 5 | 5 | 5 | K5 | (16, 9) | | | |
| 72.2500 | | | | | (10) | 5 | | |
| 72.2750 | 6 | 6 | 6 | K6 | (17, 11) | | | |
| 72.3000 | B | B | B | B | B,(18, 12) | 6 | C | 72.3 |
| 72.3250 | 7 | 7 | 7 | B7 | (19, 13) | | | |
| 72.3500 | | | | | (14) | 7 | | |
| 72.3750 | 8 | 8 | 8 | B8 | (20, 15) | | | |
| 72.4000 | N | N | N | N | N, (16) | 8 | D | 72.4 |
| 72.4250 | 9 | 9 | 9 | N9 | (21, 17) | | | |
| 72.4500 | | | | | (18) | 9 | | |
| 72.4750 | 10 | 10 | 10 | N0 | (22, 19) | | | |
| 72.5000 | C | C | C | C | C, (23, 20) | 10 | E | 72.5 |
| 72.5250 | 11 | 11 | 11 | C1 | (24, 21) | | | |
| 72.5500 | | | | | (22) | 11 | | |
| 72.5750 | 12 | 12 | 12 | C2 | (25, 33) | | | |
| 72.6000 | O | O | O | O | O, (24) | 12 | F | 72.6 |
| 72.6250 | 13 | 13 | 13 | O2 | (26, 25) | | | |
| 72.6500 | | | | | (26) | 13 | | |
| 72.6750 | 14 | 14 | 14 | 4 | (27) | | | |
| 72.7000 | D | D | D | D | D, (28) | 14 | G | 72.7 |
| 72.7250 | 15 | 15 | 15 | D5 | (29) | | | |
| 72.7500 | | | | | (30) | 15 | | |
| 72.7750 | 16 | 16 | 16 | D6 | (30, 31) | | | |
| 72.8000 | | P | P P | P | P, (32) | 16 | H | 72.8 |
| 72.8250 | 17 | 17 | 17 | P7 | (31, 33) | | | |
| 72.8500 | | | | | (34) | 17 | | |
| 72.8750 | 18 | 18 | 18 | P8 | (32, 35) | | | |
| 72.9000 | E | E | E | E | E, (33, 36) | 18 | I | 72.9 |
| 72.9250 | 19 | 19 | 19 | E9 | (34, 37) | | | |
| 72.9500 | | | | | (38) | 19 | | |
| 72.9750 | 20 | 20 | 20 | E0 | (35, 39) | | | |

| Frequency MHz | Listen | Phonic Ear | Comtek | Phonak | Williams* | Gentner | Telex | Drake |
|---|---|---|---|---|---|---|---|---|
| 74.6250 | 33 | 33 | 33 | E3 | (36, 40) | | | |
| 74.6500 | | | | | (41) | 20 | | |
| 74.6750 | 34 | 34 | 34 | E4 | (37, 42) | | | |
| 74.7000 | I | I | I | I | I, (38, 43) | 21 | O | |
| 74.7250 | 35 | 35 | 35 | I5 | (39, 44) | | | |
| 74.7500 | | | | | (45) | 22 | | |
| 74.7750 | 36 | 36 | 36 | I6 | (40, 46) | | | |
| 75.2250 | 37 | 37 | 37 | I7 | (41, 47) | | | |
| 75.2500 | | | | | (48) | 23 | | |
| 75.2750 | 38 | 38 | 38 | I8 | (42, 49) | | | |
| 75.3000 | J | J | J | J | J, (43, 50) | 24 | P | |
| 75.3250 | 39 | 39 | 39 | J9 | (55, 51) | | | |
| 75.3500 | | | | | (52) | 25 | | |
| 75.3750 | 40 | 40 | 40 | J0 | (45, 53) | | | |
| 75.4000 | R | R | R | R | R, (54) | 26 | Q | |
| 75.4250 | 21 | 21 | 21 | R1 | (46, 55) | | | |
| 75.4500 | | | | | (56) | 27 | | |
| 75.4750 | 22 | 22 | 22 | R2 | (47, 57) | | | |
| 75.5000 | F | F | F | F | F, (48, 58) | 28 | J | 75.5 |
| 75.5250 | 23 | 23 | 23 | F3 | (49, 59) | | | |
| 75.5500 | | | | | (60) 29 | | | |
| 75.5750 | 24 | 24 | 24 | F4 | (50, 61) | | | |
| 75.6000 | S | S | S | S | S, (62) | 30 | K | 75.6 |
| 75.6250 | 25 | 25 | 25 | S5 | (51, 63) | | | |
| 75.6500 | | | | | (64) | 31 | | |
| 75.6750 | 26 | 26 | 26 | S6 | (52, 65) | | | |
| 75.7000 | G | G | G | G | G, (53, 66) | 32 | L | 75.7 |
| 75.7250 | 27 | 27 | 27 | G7 | (54, 67) | | | |
| 75.7500 | | | | | (68) | 33 | | |
| 75.7750 | 28 | 28 | 28 | G8 | (55, 69) | | | |
| 75.8000 | T | T | T | T | T, (70) | 34 | M | 75.8 |
| 75.8250 | 29 | 29 | 29 | T9 | (56, 71) | | | |
| 75.8500 | | | | | (72) | 35 | | |
| 75.8750 | 30 | 30 | 30 | T0 | (57, 73) | | | |
| 75.9000 | H | H | H | H | H, (58, 74) | 36 | N | 75.9 |
| 75.9250 | 31 | 31 | 31 | H1 | (59, 75) | | | |
| 75.9500 | | | | | (76) | 37 | | |
| 75.9750 | 32 | 32 | 32 | H2 | (60, 77) | | | |

*Parenthesis indicate T35 and T20 narrowband.

Wideband frequencies are indicated in highlighted rows. The highlighted channels also indicated those channels available in the "basic" mode (default). All channels can be accessed when in the "expanded" channel mode (see page 14 for more information).

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 20 of 28    Document 30-3



# 216 MHz Compatibility Chart:

| Frequency MHz | Listen | Phonic Ear | Phonak | Comtek | Williams | Gentner | CSI | Light AVR | Speed |
|---|---|---|---|---|---|---|---|---|---|
| 216.0125 | 1A | | 1 | 1 | | | | C01 | N01 |
| 216.0250 | 2A | 41 | 41 | 41 | | 1 | 1 | | |
| 216.0375 | 3A | | 2 | 2 | | | | | |
| 216.0625 | 1B | | 21 | 3 | | | | | |
| 216.0750 | 2B | 42 | 42 | 42 | | 2 | 10 | | |
| 216.0875 | 3B | | 4 | 4 | | | | | |
| 216.1125 | 1C | | 5 | 5 | | | | C05 | |
| 216.1250 | 2C | 43 | 43 | 43 | A | 3 | 6 | | |
| 216.1375 | 3C | | 22 | 6 | | | | | |
| 216.1625 | 1D | | 23 | 7 | | | | | |
| 216.1750 | 2D | 44 | 44 | 44 | B | 4 | 14 | | |
| 216.1875 | 3D | | 8 | 8 | | | | | |
| 216.2125 | 1E | | 9 | 9 | | | | C09 | N09 |
| 216.2250 | 2E | 45 | 45 | 45 | C | 5 | 2 | | |
| 216.2375 | 3E | | 24 | 10 | | | | | |
| 216.2625 | 1F | | 25 | 11 | | | | | |
| 216.2750 | 2F | 46 | 46 | 46 | D | 6 | 11 | | |
| 216.2875 | 3F | | 12 | 12 | | | | C12 | N12 |
| 216.3125 | 1G | | 13 | 13 | | | | | |
| 216.3250 | 2G | 47 | 47 | 47 | E | 7 | 7 | | |
| 216.3375 | 3G | | 26 | 14 | | | | | |
| 216.3625 | 1H | | 27 | 15 | | | | | |
| 216.3750 | 2H | 48 | 48 | 48 | F | 8 | 15 | | |
| 216.3875 | 3H | | 16 | 16 | | | | C18 | N18 |
| 216.4125 | 1J | | 17 | 17 | | | | C21 | |
| 216.4250 | 2J | 49 | 49 | 49 | G | 9 | 18 | | |
| 216.4375 | 3J | | 18 | 18 | | | | | |
| 216.5125 | 1K | | 61 | 21 | | | | | |
| 216.5250 | 2K | 51 | 29 | 51 | H | 10 | 3 | | |
| 216.5375 | 3K | | 62 | 22 | | | | | |
| 216.5625 | 1L | | 28 | 23 | | | | | |
| 216.5750 | 2L | 52 | 52 | 52 | I | 11 | 12 | | |
| 216.5875 | 3L | | 64 | 24 | | | | C24 | N64 |
| 216.6125 | 1M | | 65 | 25 | | | | C25 | |
| 216.6250 | 2M | 53 | 53 | 53 | J | 12 | 8 | | |
| 216.6375 | 3M | | 81 | 26 | | | | | |
| 216.6625 | 1N | | 82 | 27 | | | | | |
| 216.6750 | 2N | 54 | 54 | 54 | K | 13 | 16 | | |
| 216.6875 | 3N | | 68 | 28 | | | | | |
| 216.7125 | 1P | | 69 | 29 | | | | C29 | |
| 216.7250 | 2P | 55 | 55 | 55 | L | 14 | 19 | | |
| 216.7375 | 3P | | 83 | 30 | | | | | |
| 216.7625 | 1R | | 84 | 31 | | | | | |
| 216.7750 | 2R | 56 | 56 | 56 | | 15 | 4 | | |
| 216.7875 | 3R | | 72 | 32 | | | | C32 | N72 |
| 216.8125 | 1S | | 73 | 33 | | | | C33 | |
| 216.8250 | 2S | 57 | 57 | 57 | | | 13 | | |
| 216.8375 | 3S | | 76 | 34 | | | | | |
| 216.8625 | 1T | | 85 | 35 | | | | | |
| 216.8750 | 2T | 58 | 58 | 58 | | | 9 | | |
| 216.8875 | 3T | | 86 | 36 | | | | | |
| 216.9125 | 1U | | 77 | 37 | | | | C37 | N77 |
| 216.9250 | 2U | 59 | 59 | 59 | | | 17 | | |
| 216.9375 | 3U | | 88 | 38 | | | | | |
| 216.9625 | 1V | | 79 | 39 | | | | C39 | |
| 216.9750 | 2V | 60 | 60 | 60 | | | 5 | | |
| 216.9875 | 3V | | 80 | 40 | | | | C40 | N80 |

Wideband frequencies are indicated in highlighted rows.



# Troubleshooting LR-4200 Receivers:

### The receiver has no power
Make sure the unit has either a fully charged battery or a Listen approved wall charging transformer is connected. Make sure the Power button on the top of the unit has been pressed to turn the unit ON. If this does not work, make sure the battery is installed properly and / or install a replacement battery.

### There is no audio
Make sure the volume control is turned up to at least 25%. Check the Intelligent Earphone/Neck Loop Lanyard to insure it's plugged all of the way. Make sure the Ear Phone is plugged into the Earphone/Neck Loop Lanyard. Check to insure the transmitter is broadcasting an audio source. Verify the receiver is tuned to the same channel as the transmitter. If the RF signal is too weak, the receiver will squelch and mute the audio source; move closer to the antenna or make sure the transmitter's output RF power switch is set on "FULL" (LT-800).

### The audio is distorted
Check the receiver is on the correct channel and make sure your using the clearest channel possible. Verify the audio on the transmitter is not turned up too loud; this will cause distortion. Insure the Intelligent Ear Phone/Neck Loop Lanyard connectors are pushed all the way into the jacks on top of the unit. Check the Ear Phone to verify it is plugged all the way into the Ear Phone/Neck Loop Lanyard. Review the SQ™ settings on your transmitter and receivers to verify both are turned ON (or OFF, if some of your equipment is not SQ™ capable). Make sure the receiver is not too close to the transmitting antenna. If the receiver can't get farther away from the antenna, turn down the RF output power on the stationary (LT-800) transmitter.

### I cannot pick up the signal on the receiver
Check to make sure the receiver and the transmitter are on the same exact channel frequency. Verify the receiver is in broadcast range of the transmitter. Move the receiver closer to the transmitter.

### I can pick up the signal on the receiver, but it sounds like it's not tuned in
Check the transmitter and receiver and verify they are both on exactly the same channel number/letter. Make sure you are using a clear channel that is free from noise and interference.

### I'm using another brand of transmitter - how do I tell which channel to use?
Refer to Listen's Frequency Compatibility Table (page 16). Adjust either the transmitter or the receiver to a common channel.

### There is not sufficient range
Inspect the transmitting antenna verify it is located as close as possible to the receiving area. Place the antenna as high as possible and check to see it is free from obstacles. Check the squelch setting on the unit; perhaps it is too sensitive.

### When I change channels, only certain channels are accessible
The unit has been programmed to basic mode which only shows the wide band channels. The unit can be programmed for expanded mode which will show all 57 channels. This is programmed via the configuration software.

### My battery is not charging
Verify the clear plastic pull tab has been removed from the receiver battery door engaging the battery connections. Make sure the battery is installed properly and that the unit is plugged into the charging device correctly. Check the charging device to verify it is plugged in the proper power outlet and power is available at the outlet. If this does not work, install a replacement battery.

### I want to run the unit from a wall transformer
Simply plug a Listen approved charging transformer (LA-421) into the Micro USB connector on the side of the unit. A battery must be installed at all times even when operating the unit with a wall charging transformer.



# Compliance Notice and FCC Statement
# and Industry Canada Statements

**Compliance Notice**

This device complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) These devices may not cause harmful interference, and (2) these devices must accept any interference received, including interference that may cause undesirable operation.

**FCC Statement**

This equipment has been tested and found to comply with the limits for a class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

This equipment has been certified to comply with the limits for a class B computing device, pursuant to FCC and IC Rules. In order to maintain compliance with FCC and IC regulations, shielded cables must be used with this equipment. Operation with non-approved equipment or unshielded cables is likely to result in interference to radio and TV reception. The user is cautioned that changes and modifications made to the equipment without the approval of manufacturer could void the user's authority to operate this equipment.

**Industry Canada Statement**

This equipment complies with ICES-003 class B.

CAN ICES-3 (B)/NMB-3(B)

Case 2:25-cv-00338-LA    Filed 11/24/25    Page 23 of 28    Document 30-3



# Warranty

Listen Technologies products are designed and engineered to provide longstanding use for many years. Listen Technologies warrants all products against defects in materials and workmanship. All product warranties can be transferred, in the event product is transferred the warranty is valid from the original date of the product purchase.

Listen shall bear no responsibility or obligation with respect to the manner of use of any equipment sold. Listen specifically disclaims and negates any warranty of merchantability or fitness of use of such equipment including, without limitation, any warranty that the use of such equipment for any purpose will comply with applicable laws and regulations. The terms of the warranty are governed by the laws of the state of Utah, USA.

Warranty does not include normal wear and tear on the product. In addition, Listen Technologies is not liable for consequential damages due to any failure of equipment to perform as intended.

Listen stands by the quality of its manufactured products and will, at its own discretion, repair or replace any defective products. All product warranties are subject to change without notice.

For product-specific warranty information visit, **https://www.listentech.com/support/warranty/**.

Case 2:25-cv-00338-LA     Filed 11/24/25     Page 24 of 28     Document 30-3



## Contacting Listen

If technical service is needed, please contact Listen. Pre-authorization is required before returning Listen products. If products were damaged in shipment, please contact the carrier, then contact Listen for replacement or repair requirements payable by the carrier.

Listen's corporate headquarters are located in Bluffdale, Utah U.S.A. and are open Monday through Friday, 8am to 5pm Mountain Time.

14912 Heritagecrest Way

Bluffdale, Utah 84065-4818

+1.801.233.8992

+1.800.330.0891 North America

+1.801.233.8995 fax


**support@listentech.com**

**www.listentech.com**

20222501

# LR-4200 Quick Reference



1. **OLED Display Area:** Displays battery status, unit ID, channel status, volume status and charge activation

2. **Micro USB:** USB charging, programming, firmware updates and inventory dispensing

3. **Up/Down Volume Control:** Press momentarily to adjust the volume up/down or press and hold to ramp the volume.

   *Note:* Press and hold both up and down buttons for 5 seconds to activate channel select, use up and down to change the channel. Momentarily press the power button to save and exit



4. **3.5 mm Output Jacks:** Connect Listen Ear Phone/Neck Loop Lanyard for use with T coil hearing aids or with Universal Ear Speaker or Headphone.

5. **Belt Clip:** To remove, remove screw and pull belt clip from unit. To install place belt clip in place and insert screw.

6. **Charging Contact:** For use with Listen charging tray options.

7. **Power On/Off:** Press and hold for 1 second to turn on. Press and hold for 3 seconds to turn off.

8. **LED:** Indicates low battery condition and charging status

9. **Battery Protective Pull Tab:** Remove clear plastic pull tab to activate internal battery connections.

10. **Battery Door:** Can be removed to access battery and product labeling information.



## Turn the Unit On

Press and hold the Power Button for 1 second to turn the receiver on, the unit display will show the unit ID, battery status and the current channel. Each item will be displayed and then the display will turn off.



**OLED Display:**
Indicates Unit #, Charge % and Channel Assignment when power button is pressed

**Power Button:**
Press and hold for 1 second to turn on, press and hold for 3 seconds to turn off

## Adjust Volume

Adjust the listening volume to a comfortable listening level via the volume up/down buttons.



**OLED:**
Indicates the level in a % of maximum level

**Volume Up/Down**
Use the volume up or down to raise/lower volume

If the volume is adjusted while there is no audio present the unit will output a momentary tone each time the button is pressed allowing the user to gauge and adjust the audio level to a comfortable listening level. The volume level will be displayed for 3 seconds and then the display will turn off.

*Note: To protect the users hearing, at power up the receiver will automatically reset to a 25% volume level. Put on a headset and then adjust the volume to a comfortable listening level.*



# Battery

### Low Battery Indication

When the unit detects a low battery condition it will cause the status LED to flash slowly indicating that the unit needs to be charged. When the light begins to flash the unit has approximately 30 minutes of receiver use before the unit will turn off. Press and release the power button and the battery charge % will be displayed on the OLED screen temporarily.



**Status LED:**

Begins to flash when receiver has less than an estimated 30 minute use left on the charge

**OLED Display:**

Press the Power button to get the status of the battery charge life

OLED Indicates a % of charge