**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

BELLE ROSE RAGINS,

Plaintiff,

v. Case No. 25-CV-338

MAYOR RYAN SORENSON and
CITY OF SHEBOYGAN, WI,

Defendants.

---

**NOTICE OF WITHDRAWAL OF ATTORNEY**

---

**PLEASE TAKE NOTICE** that Attorney Jill Pedigo Hall is withdrawing her appearance as counsel for Defendants Mayor Ryan Sorenson and City of Sheboygan, WI, and should be removed from the service list in this case. Attorney Laurie J. McLeRoy of von Briesen & Roper, s.c. has appeared for and continues to represent the interests of the Defendants.

Dated this 12th day of May, 2026.

**von BRIESEN & ROPER, s.c.**
*Attorneys for Defendants Mayor Ryan Sorenson and City of Sheboygan, WI*

*Electronically signed by Jill Pedigo Hall*
Jill Pedigo Hall
Wisconsin Bar No. 1016860
von Briesen & Roper, s.c.
10 East Doty Street, Suite 900
Madison, WI 53703
Phone: (608) 661-3966
jill.hall@vonbriesen.com